ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
     Social Security Administration
     Office of the General Counsel
     333 Market St., Ste. 1500
     San Francisco, CA 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     Email: tiothy.bolin@ssa.gov
Attorneys for Defendant

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAVIES, JR.<br><br>     Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant.<br>_____ | Case No.  No. 10-cv-01231-DTB<br>_____<br><br>[~~PROPOSED~~] JUDGMENT |

**IT IS ORDERED AND ADJUDGED** that judgment in favor of Plaintiff is hereby entered.

DATED: January 16, 2013

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge