ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
   Social Security Administration
   Office of the General Counsel
   333 Market St., Ste. 1500
   San Francisco, CA 94105
   Telephone: (415) 977-8982
   Facsimile: (415) 744-0134
   Email: tiothy.bolin@ssa.gov
Attorneys for Defendant

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAVIES, JR. ) | Case No.  No. 10-cv-01231-DTB |
| Plaintiff, ) | _____ |
| vs. ) | [~~PROPOSED~~] JUDGMENT |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ORDERED AND ADJUDGED** that judgment in favor of Plaintiff is hereby entered.

DATED: January 16, 2013

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge